UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
HARRY J. BINDER, GLORIA BINDER, SAMUEL  :
EDWARD BINDER UTMA FL, WILLIAM RUBEN  :
BINDER UTMA FL, and BENJAMIN R. BINDER UTMA  :
FL,  :
 :
                             Plaintiffs,  :
 : No. 08 Civ. 2020 (RRM)(CLP)
      v.  :
 :
COMPUTERSHARE TRUST CO., N.A.,  :
COMPUTERSHARE INC., COMPUTERSHARE LTD.,  :
CAPITAL ONE FINANCIAL CORP., and DOES 1-100,  :
 :
                             Defendants.  :
-------------------------------------------------------------------- x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned counsel of record for plaintiffs Harry J. Binder and Gloria Binder (individually and as custodian for The Samuel Edward Binder UTMA FL, The William Rubin Binder UTMA FL, and The Benjamin R Binder UTMA FL) (collectively the "Plaintiffs"), and Defendants Computershare Trust Co., Computershare Inc., Computershare Ltd., and Capital One Financial Corp., that this action be, and hereby is, dismissed in its entirety, with prejudice as to all individual claims asserted by the Plaintiffs, and without costs to either party.

Dated: August 2, 2009
New York, New York

By: _____
Brian Barry
Law Office of Brian Barry
1801 Ave. of the Stars, #307
LA CA 90067
*Counsel for Plaintiffs*

By: _____
Seth R. Goldman
Jason D. Padgett
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
The Chrysler Center
666 Third Ave.
New York, New York 10017
Phone: (212) 935-3000
Fax: (212) 983-3115

*Counsel for Defendants Computershare Trust Co., N.A., Computershare Inc., and Computershare Ltd.*

By: _____
James M. Bergin
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, New York 10104-0050
Phone: (212) 468-8033
Fax: (212) 468-7900

*Counsel for Defendant Capital One Financial Corp.*

So Ordered:

_____